**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IMBRAHIMA MBODJ, | : | |
| | : | |
| Petitioner, | : | Civil Action No. 26-0263 |
| | : | |
| v. | : | |
| | : | |
| WARDEN OF FDC PHILADELPHIA, | : | |
| *et al.*, | : | |
| | : | |
| Respondents. | : | |

**<u>STIPULATION FOR TRANSFER OF PETITIONER</u>**

Petitioner Ibrahima Mbodj and Respondents hereby stipulate and agree as follows:

1. Pursuant to the Court's January 23, 2026 Order (ECF No. 6), requiring Respondents to provide Mr. Mbodj with a bond hearing in accordance with 8 U.S.C. § 1226(a) on or before January 26, 2026, Respondents have arranged to conduct a bond hearing for Petitioner on January 28, 2026, at 8:30 a.m.

2. For the sole purpose of conducting a bond hearing and complying with the Court's January 23, 2026 Order, the Government may transfer Mr. Mbodj outside of the Eastern District of Pennsylvania to the Moshannon Valley Processing Center, where the Government can facilitate such hearings.

3. The Court shall retain jurisdiction over the Petition.

Dated: January 24, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ Timothy Creech

TIMOTHY P. CREECH
Creech& Creech
1835 Market Street, #2710
Philadelphia, PA 19103
(215) 575-2618
Timothy@Creechlaw.com

*Counsel for Petitioner*

/s/ Colin Cherico

COLIN M. CHERICO
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
(215) 861-8788
Colin.Cherico@usdoj.gov

*Counsel for Respondents*

**APPROVED BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

Date: January 26, 2026

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, a true and correct copy of the foregoing

Stipulation for Transfer of Petitioner was filed electronically and is available for

viewing and downloading from the ECF system.


Dated: January 24, 2026                    /s/ Colin Cherico
                                           Assistant U.S. Attorney