IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IBRAHIMA MBODJ,** | : | CIVIL ACTION |
| *Petitioner,* | : | |
| v. | : | |
| **WARDEN OF THE FEDERAL** | : | No. 26-cv-0263 |
| **DETENTION CENTER, PHILADELPHIA,** | : | |
| **et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **29th** day of **January 2026**, upon review of Petitioner Ibrahima Mbodj's Petition for a Writ of Habeas Corpus (ECF No. 1), Petitioner's Status Report (ECF No. 9), Respondents' January 28, 2026 Letter Sent to Chambers, and the docket, it is hereby **ORDERED** as follows:

1. A hearing is scheduled before the Honorable Chad F. Kenney in Courtroom 11B, 601 Market Street, Philadelphia, PA 19106 on **February 3, 2026, at 11:00 a.m.** regarding Petitioner's petition for immediate release on the grounds that his bond hearing was fundamentally unfair. *See* ECF No. 9 at 1–2.

2. On or before **February 2, 2026, at 12:00 p.m. (noon)**, Respondents shall **RESPOND** to Petitioner's argument that his bond hearing was fundamentally unfair and warrants immediate release. By this date and time, Respondents shall also **PROVIDE** the Court with a transcript of Petitioner's bond hearing and any record of findings made by the immigration judge during the bond hearing.

3. Petitioner shall **ATTEND** the in-person February 3, 2026 hearing and shall be **RETURNED** to the Eastern District of Pennsylvania for this purpose.

                                        **BY THE COURT:**

                                        /s/ Chad F. Kenney

                                        _____
                                        **CHAD F. KENNEY, JUDGE**