# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IBRAHIMA MBODJ,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| v. | : | |
| | : | |
| **WARDEN OF THE FEDERAL** | : | **No. 26-cv-0263** |
| **DETENTION CENTER, PHILADELPHIA,** | : | |
| **et al.,** | : | |
| | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **6th** day of **February 2026**, upon review of Petitioner's Status Report (ECF No. 9), Respondents' Response Regarding Fundamental Unfairness (ECF No. 11), the Audio Recording of Petitioner's Bond Hearing, and after a February 3, 2026 Hearing, it is hereby **ORDERED** as follows:

1. Petitioner moves the Court to reverse the denial of bond and for immediate release on the grounds that his bond hearing was fundamentally unfair. ECF No. 9. The Motion (ECF No. 9) is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

2. Petitioner's motion to be returned to the Eastern District of Pennsylvania, *see* ECF No. 9 at 2–3, is **DENIED** as **MOOT**, in light of the Court's January 29, 2026 Order to return Petitioner to the Eastern District of Pennsylvania, ECF No. 10.

3. Any restrictions imposed on Petitioner's location by this Court are now lifted.

1

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**