IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **IBRAHIMA MBODJ,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **WARDEN OF THE FEDERAL** | : | **No. 26-cv-0263** |
| **DETENTION CENTER, PHILADELPHIA,** | : | |
| **et al.,** | : | |
| | : | |
| *Respondents.* | : | |

### ORDER

**AND NOW**, this **20th** day of **February 2026**, upon review of Petitioner Ibrahima Mbodj's Motion for a Preliminary Injunction (ECF No. 17)[1] and this Court's previous Memorandum Opinion and Order (ECF Nos. 13–14), it is hereby **ORDERED as** that Petitioner's Motion is **DENIED as moot** for the reasons stated in the accompanying Memorandum Opinion. The Clerk of the Court is **DIRECTED** to terminate the Motion and close the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**

---

[1] The Motion incorporates by reference Petitioner's Second Status Report (ECF No. 15) and Petitioner's Third Status Report (ECF No. 16). ECF No. 17.

1